# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00384-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

MICAH BLACKFEATHER,

 Plaintiff,

v.

JUDGE ANDREW HARTMAN,
ANDRE MCDONALD,
BARACK OBAMA,
MCDONALD'S CORPORATION,
BOULDER COUNTY JAIL,
THE STATE OF COLORADO,
JOHN HICKENLOOPER, and
ACLU,

 Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

  Plaintiff, an inmate at the Boulder County Jail in Boulder, Colorado, has filed *pro se* a document (ECF No. 1) apparently seeking to initiate a lawsuit because his rights have been violated.   Although Plaintiff has not filed a pleading on a court-approved form as required by the court's local rules and it is not clear what claims he intends to assert, the instant action has been commenced.   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx    is not submitted
(2)  ___   is missing affidavit
(3)  xx    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information
(6)  xx    is missing authorization to calculate and disburse filing fee payments
(7)  ___   is missing an original signature by the prisoner
(8)  ___   is not on proper form
(9)  ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) xx    other: motion and supporting documents are necessary only if filing and administrative fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:
(11) xx    is not submitted
(12) ___   is not on proper form (must use this court's current form)
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ____
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without

further notice.   The dismissal shall be without prejudice.

DATED February 17, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge