**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00384-GPG

MICAH BLACKFEATHER,

    Plaintiff,

v.

BARACK OBAMA,
McDONALDS CORPORATION,
BOULDER COUNTY JAIL,
LONGMONT POLICE DEPARTMENT,
PUEBLO STATE HOSPITAL,
ANDREW HARTMAN,
ANDRE ROSS McDONALD, and
KAROLYN MOORE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    This matter is before the court on the motion (ECF No. 10) in which Plaintiff requests a stay in each of his three pending cases, including the instant action, and copies of all "paperwork or transcripts, motions, complaints, letters and exhibits or evidence sent to him."  The motion is DENIED because Plaintiff fails to allege facts that demonstrate a stay is necessary or appropriate, it is not clear what documents he is seeking copies of, and he fails to demonstrate he is entitled to copies.  To the extent Plaintiff may be seeking copies of papers filed with this court, he may obtain copies by contacting the clerk of the court and paying any necessary fees.

    Plaintiff is reminded that he must cure the remaining deficiency in this action if he wishes to pursue his claims.  In order to cure the remaining deficiency he must submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of this action.  Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the remaining deficiency.  Plaintiff also is reminded that the action will be dismissed without further notice if he fails to cure the remaining deficiency within the time allowed.

Dated:  March 29, 2016